In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00316-CV

_____

BOONE'S RESTORATION, INC., BRIAN BOONE, AND NICHOLAS BOONE, Appellants

V.

CHANNEL PARTNERS CAPITAL, LLC AND P.A.R. CONSULTING, INC. D/B/A US BUSINESS FUNDING, Appellees

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 18-05-06923-CV

## MEMORANDUM OPINION

The appellants, Boone's Restoration, Inc., Brian Boone, and Nicholas Boone, and the appellees, Channel Partners Capital, LLC and P.A.R. Consulting, Inc. d/b/a US Business Funding, filed a joint motion to dismiss this appeal with prejudice. The motion is voluntarily made by agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on October 10, 2018
Opinion Delivered October 11, 2018

Before Kreger, Horton and Johnson, JJ.